THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR06-106RSM |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE |
| FELIPE MARAMBA, ELEAZAR BASILIO, JONATHAN ESCALANTE, and ROLANDO HERNANDEZ, | |
| Defendants. | |

The Court having reviewed the motions by defendants ELEAZAR BASILIO and JONATHAN ESCALANTE to continue the trial date, and having reviewed the records and files herein, in particular the Government's response to the motion, and having considered arguments made at a status conference held on this matter on August 14, 2006, makes the following findings and enters the following order:

The Court finds that pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(i), (ii) and (iv), the ends of justice served by continuing the trial date from August 28, 2006 to November 20, 2006, outweigh the best interests of the public and the defendants in a speedy trial.  This matter is complex due to the number of defendants and amount of discovery involved.  Moreover, defendants BASILIO and ESCALANTE were recently arraigned and it is therefore unreasonable to expect their attorneys to adequately prepare for trial before August 28, 2006.  Additionally, failure to grant a continuance to

Order to Continue Trial Date/
MARAMBA, et al/CR06-106RSM — 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

November 20, 2006 would deny the defendants the time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

IT IS HEREBY ORDERED that trial in this matter is continued from August 28, 2006 to November 20, 2006.

IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3164, the period of delay from August 28, 2006, up to and including November 20, 2006, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED this 16 th day August, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

 /s Jill Otake
JILL OTAKE
Assistant United States Attorney
WA Bar # 28298
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-4254
Fax: (206) 553-0755
E-mail: jill.otake@usdoj.gov

Order to Continue Trial Date/
MARAMBA, et al/CR06-106RSM — 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970